IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HENRY MOORE, #224662 | § § § | |
| VS. | § § | CIVIL CASE NO. 4:24-CV-862 |
| FNU MURPHEE, SHERIFF | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Aileen G. Durrett, who issued a Report and Recommendation concluding that Petitioner's habeas petition should be dismissed without prejudice for want of prosecution. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Petitioner's habeas petition is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 31st day of July, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] On March 31, 2025, the Clerk of Court docketed a mail return for the Report and Recommendation with the notation "Return to Sender – Not in Denton County Jail" (Dkt. #6, #7). Petitioner has not updated his address with the Court.